JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JOE HUERTA, | NO. ED CV 21-0097-PA(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, CHAD BIANCO, SHERIFF, | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 31, 2021

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE